FEDERAL DEPOSIT INSURANCE CORPORATION *v.*
RALPH CARABETTA

FEDERAL DEPOSIT INSURANCE CORPORATION *v.*
SALVATORE P. CARABETTA

FEDERAL DEPOSIT INSURANCE CORPORATION *v.*
EVELYN M. CARABETTA

FEDERAL DEPOSIT INSURANCE CORPORATION *v.*
SALVATORE R. CARABETTA

The petition by the defendants, Ralph Carabetta, Salvatore P. Carabetta, Evelyn M. Carabetta and Salvatore R. Carabetta, for certification for appeal from the Appellate Court, 55 Conn. App. 384 (AC 17923), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.